IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER HOLLOWAY, #258172, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12cv492-TMH |
| ) | |
| DEPARTMENT OF CORRECTIONS, et al.) | |
| ) | |
| Defendants. ) | |

**ORDER AND OPINION**

On June 18, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 4). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's claims against the Alabama Department of Corrections are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(I);

2. The Alabama Department of Corrections is DISMISSED as a party to this cause of action; and

3. This case with respect to plaintiff's claims against the remaining defendant are referred back to the undersigned for further proceedings.

Done this the 28th day of August, 2012.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE